UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x
JACK BERGON,

        Plaintiff,

   v.

ASCAP!, *et al.*,

        Defendants.

------------------------------------x

No. 2:24-cv-04660-NJC-ARL

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned matter for Defendant American Society of Composers, Authors and Publishers (commonly referred to as "ASCAP" and misnamed in the Complaint as "ASCAP!").

Dated: New York, New York
      November 5, 2024

                                    Respectfully submitted,

                                    **AMERICAN SOCIETY OF COMPOSERS,**
                                    **AUTHORS AND PUBLISHERS**

                                    By: _____
                                         Richard H. Reimer

                                    ASCAP
                                    250 West 57th Street
                                    New York, New York 10107
                                    Phone: (212) 621-6261
                                    Fax: (212) 787-1381
                                    Email: rreimer@ascap.com

                                    *Attorney for Defendant American Society of*
                                    *Composers, Authors and Publishers*

## CERTIFICATE OF SERVICE

I, Richard H. Reimer, hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on November 5, 2024, I caused the foregoing Notice of Appearance to be served via overnight delivery service (FedEx) upon the following:

> Jack Bergon
> Plaintiff *Pro Se*
> 40 Maine Ave.
> Rockville Centre, NY 11570

Dated:   New York, NY
        November 5, 2024

*/s/ Richard H. Reimer*
Richard H. Reimer